# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

127249

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 127249
COA: 247039
Wayne CC: 02-005508

RICHARD PERRY BRYANT,
    Defendant-Appellant.

_____/

    By order of June 17, 2005, the application for leave to appeal the August 24, 2004 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Mileski* (Docket No. 127457) and *People v Walker* (Docket No. 128515). By order of September 15, 2006, this Court vacated our June 17, 2005 orders granting leave to appeal, and remanded *Mileski* and *Walker* to the Court of Appeals for reconsideration in light of *Davis v Washington*, ___ US ___; 126 S Ct 2266; 165 L Ed 2d 224 (2006). On order of the Court, the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *Davis*.

    We do not retain jurisdiction.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

p1023